Terry E. Welch (5819)
James L. Ahlstrom (8704)
PARR BROWN GEE & LOVELESS, P.C.
185 South State Street, Suite 800
Salt Lake City, Utah 84111
Telephone:  (801) 532-7840

David K. Isom (4773)
ISOM LAW FIRM PLLC
299 South Main Street, Suite 1300
Salt Lake City, Utah 84111
Telephone: (801) 209 7400

Attorneys for Defendant, Counterclaimant & Third Party Plaintiff J. Hoyt Stephenson

---

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| Brent Middleton As Trustee of the National Financial Systems Management, Inc. Employee Stock Ownership Plan; Brent Middleton; Jamie Sorensen; Mike Medell & Mike Stott, plaintiffs, <br> vs. <br> J. Hoyt Stephenson, defendant, counterclaimant & third party plaintiff <br> vs. <br> Brent Middleton, Trustee; Brent Middleton; Jamie Sorensen; Mike Medell; National Financial Systems, Inc.; Bailey Hall; Thrive National; Thrive National Corporation; Thrive Systems, Inc.; Eric Gerdes; George Ulrich; Darwin Nelson; Scott Mee; Ben Staples; National Financial Systems Management, Inc. Employee Stock Ownership Plan, Counterclaim and Third Party Defendants | **NOTICE OF APPEAL** <br><br> 2:11-cv-00313-TS <br><br><br> Judge Ted Stewart |

1

Defendant, Counterclaimant and Third-Party Plaintiff J. Hoyt Stephenson ("Stephenson") hereby gives notice that he hereby appeals to the United States Court of Appeals for the Tenth Circuit from the Memorandum Decision and Order Granting Motions to Dismiss dated June 14, 2012 (Dkt 96) and the judgment entered by the Clerk of Court on June 18, 2012 (Dkt 97) to the extent that the decision, order and judgment grants the motions to dismiss of the Thrive Parties (Dkt 60) and the motion to dismiss of the plaintiffs and third parties (Dkt 72) based on lack of diversity jurisdiction; and that Stephenson appeals the Memorandum Decision and Order Denying Motion for Reconsideration dated September 28, 2012 (Dkt 111) which denied reconsideration of the prior orders based on lack of diversity jurisdiction.

Date:  October 29, 2012

/s/ David K. Isom
_____

ISOM LAW FIRM PLLC
David K. Isom

Terry E. Welch (5819)
James L. Ahlstrom (8704)
PARR BROWN GEE & LOVELESS, P.C.
185 South State Street, Suite 800
Salt Lake City, Utah 84111
Telephone:  (801) 532-7840

Attorneys for
J. Hoyt Stephenson

2

**<u>Certificate of Service</u>**

The undersigned hereby certifies that on this 29th day of October 2012, a true and correct copy of the foregoing Notice of Appeal was served by ECF upon all counsel of record.


/s/ David K. Isom

_____